THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SAM WHITFIELD**, *et al*.                                                                                  **PLAINTIFFS**

**v.**                                              **Case No. 5:18-cv-00229-KGB**

**AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES**, *et al*.                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiffs' pre-empted federal-law claims against defendants the American Federation of Government Employees, National President David Cox, National Vice President Michael Kelly, National Representatives Jesus Sanchez and Robert Harrison, the National Executive Council, and Local 953 Members Dave Gassett and Rodney Davis (collectively, "the Union Defendants") are dismissed with prejudice. Plaintiffs' non-pre-empted federal and state-law claims against the Union Defendants are dismissed without prejudice. Plaintiffs' claims against defendant Sherri Harrison and the Doe defendants are also dismissed without prejudice. The relief requested is denied.

It is so adjudged this 18th day of March, 2020.

_____
Kristine G. Baker
United States District Judge